United States District Court
Southern District of Texas
FILED

JAN 0 6 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

JAVIER ALONZO, et al　　　　　　　§
　　　　　　　　　PLAINTIFFS　　　§
　　　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
HON. JOHN A. POPE,　　　　　　　　§
ARNULFO GUERRA, FRANK R. NYE,　　§
HORACIO P. GUERRA, III AND　　　　§
ELDA CASTILLO　　　　　　　　　　§
　　　　　　　　　DEFENDANTS　　　§

C-00-006

CIVIL CAUSE NO. _____

**REMOVAL DOCUMENTS**

United States District Court
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

JAN 0 6 2000

Michael N. Milby, Clerk

| | |
|---|---|
| JAVIER ALONZO, et al | § |
| PLAINTIFFS | § |
| | § |
| v. | § |
| | § |
| HON. JOHN A. POPE, | § |
| ARNULFO GUERRA, FRANK R. NYE, | § |
| HORACIO P. GUERRA, III AND | § |
| ELDA CASTILLO | § |
| DEFENDANTS | § |

C-00-006

CIVIL CAUSE NO. _____

**INDEX**

1.   Notice of Removal

2.   State Court File and Docket Sheet
     a.   Docket Sheet
     b.   Citations
     c.   Original Petition
     d.   Original Answer of Arnulfo Guerra
     e.   Motion to Transfer Venue
     f.   Motion to Transfer Venue and Original Answer of Defendant Frank R. Nye

3.   Counsel of Record

United States District Court
Southern District of Texas
FILED

JAN 0 6 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

JAVIER ALONZO, et al §
        PLAINTIFFS §
        §
v. §
        §
HON. JOHN A. POPE, §
ARNULFO GUERRA, FRANK R. NYE, §
HORACIO P. GUERRA, III AND §
ELDA CASTILLO §
        DEFENDANTS §

C-00-006
CIVIL CAUSE NO. _____
JURY

## NOTICE OF REMOVAL

To the Honorable Judge of the United States District Court for the Southern District of Texas:

I.

Arnulfo Guerra is a Defendant in a civil action brought on December 7, 1999, in the 229th District Court of the State of Texas, County of Duval, entitled "Javier Alonzo, et al vs. Hon. John A. Pope, Arnulfo Guerra, Frank R. Nye, Horacio P. Guerra, III, and Elda Castillo," Cause No. DC-99-431. A copy of the papers on file in state court as of the date of removal, including any pleadings, docket sheet (if any) and orders (if any) served in the action, are attached.

II.

The citation and petition in this action were served on this Defendant on December 10, 1999. This notice of removal is filed within 30 days of receipt of the petition and is timely filed under 28 U.S.C. § 1446(b).

III.

The district courts of the United States have original jurisdiction over this action

because the claim arises under federal law in that a substantial, disputed question of federal law is a necessary element of plaintiffs' claim. Plaintiffs' petition states a claim of conduct and conspiracy on the part of Defendants in violation of 42 U.S.C. 1983.

III.

Removal of this action is proper under 28 U.S.C. § 1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. § 1331 because the case arises under federal law.

WHEREFORE, Arnulfo Guerra, Defendant, pursuant to statute and in conformance with the requirements set forth in 28 U.S.C. § 1446, removes this action for trial from the 229th Judicial District of Duval County to this Court, on this 6th day of January, 2000.

Respectfully submitted,

O. C. Hamilton, Jr.
State Bar No. 08847000
Federal I.D. No. 2253
ATTORNEY FOR DEFENDANT
ARNULFO GUERRA

Of Counsel:

ATLAS & HALL, L.L.P.
P.O. Box 3725
818 Pecan
McAllen, Texas 78502-3725
Telephone 956-682-5501
Telecopier 956-686-6109

2

# CERTIFICATE OF SERVICE

I do hereby certify that I have mailed, by certified mail, return receipt requested, a copy of the foregoing document to the following on this the 6th day of January, 2000:

Hector P. Gonzalez
Hector P. Gonzalez Law Office
3884 E. Hwy 44
P.O. Box 3728
Alice, Texas 78333
Telephone:   361-668-0325
Facsimile:   361-668-0327

Bryan Gantt
Attorney General's Office of Texas
P. O.Box 12548
Austin, Texas 78711-2548
Telephone: 512-463-2120

Roger Reed
REED, CARRERA & McLAIN
P. O. Box 9702
McAllen, Texas 78502
Telephone   956-631-5444
Facsimile:   956-631-9187

John Skaggs
SKAGGS & GARCIA, L.L.P.
P. O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Telephone:   956-687-8203
Facsimile:   956-630-6570

O.C. HAMILTON, JR.

3

# CIVIL DOCKET

**CASE NO. DC-99-431**

**NUMBER OF CASE:** DC-99-431

**NAMES OF PARTIES:**
JAVIER ALONZO, et al

VS.

HON. JOHN A. POPE,
ARNULFO GUERRA, FRANK R. NYE,
HORACIO P. GUERRA, III AND
ELDA CASTILLO

**ATTORNEYS:** HECTOR P. GONZALEZ — Plf.

**Kind of Action and Party Demanding Jury:** DAMAGES (2)

**DATE OF FILING:** Mo. 12  Day 7  Year 99

| DATE OF ORDERS Month | Day | Year | FEE BOOK Vol. / Page | Proceedings |
|---|---|---|---|---|
| 12 | 7 | 99 | | Pl's filed Original petition; citations issued to Elda Castillo, Arnulfo Guerra, John A. Pope & Horacio P. Guerra, III. |
| 13 | 13 | 99 | | Arnulfo Guerra served by restricted delivery mail; signed by Janie Castillo; A.R. type served by true cert. |
| 13 | 24 | 99 | | Arnulfo Guerra filed Mot. to change venue & his original answer |
| 12 | 24 | 99 | | A.R. type Mot. to change venue & his original answer |

O.C. Hamilton, Jr.
John Skaggs
Bryan Scott (AG Off.)

# ORIGINAL

CIT.PS.CM
**CLERK OF THE COURT**
MR. RICHARD M. BARTON
P.O. DRAWER 428
SAN DIEGO, TEXAS 78384

**ATTORNEY FOR PLAINTIFF**
MR HECTOR P. GONZALEZ
P.O. BOX 3782
ALICE, TEXAS 78333

## THE STATE OF TEXAS

**NOTICE TO DEFENDANT**: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

**TO:  HORACIO P. GUERRA III, 200 CENIZO STREET, RIO GRANDE CITY, STARR COUNTY, TEXAS 78582**
Defendant, Greeting:

You are hereby commanded to appear by filing a written answer to Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 229th Judicial District Court of Duval County, Texas at the Court House of said County in San Diego, Texas.

Said Petition was filed in said court on the 6th Day of December, A. D., 1999 in this case, numbered DC-99-431 on the docket of said court, and styled
**JAVIER ALONZO , ET AL, Plaintiff**
**VS.**
**HON. JOHN A POPE, ARNULFO GUERRA, FRANK R NYE, HORACIO P. GEURRA, III AND ELDA CASTILLO, Defendants**

The nature of said Petition is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirements of law, and the mandates thereof, make due return as the law directs.

Issued and given under my hand and seal of said Court at San Diego, Texas this the 7th day of December, A. D., 1999.
Attest Mr. Richard M. Barton, Clerk District Court, Duval County, Texas

By: _____, Deputy.

## CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the 7th day of December ,1999 at 2:30 o'clock P.M., I mailed
**TO:HORACIO P. GUERRA, III 200 CENIZO STREET, RIO GRANDE CITY, TEXAS 78582**
Defendant(s) by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached thereto.
Mr. Richard M. Barton, Clerk
**CERTIFIED MAIL—RESTRICTED DELIVERY # P 502-658-799**

By: _____, Deputy

**CLERK'S RETURN**
FILED THIS THE _20th_ DAY OF _Dec._ A. D. 1999.
MR. RICHARD M. BARTON, CLERK
DISTRICT COURT
DUVAL COUNTY, TEXAS
BY: _Evelyn Garcia_ , DEPUTY
DATE OF DEFENDANT'S SIGNATURE: _12 -16-99_

# ORIGINAL

CIT.PS.CM
CLERK OF THE COURT
MR. RICHARD M. BARTON
P.O. DRAWER 428
SAN DIEGO, TEXAS 78384

ATTORNEY FOR PLAINTIFF
MR HECTOR P. GONZALEZ
P.O.BOX 3782
ALICE, TEXAS 78333

## THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

## TO: ELDA CASTILLO, DISTRICT COURT COORDINATOR FOR THE 381ST JUDICIAL DISTRICT COURT, 200 N. BRITTON AVENUE, RIO GRANDE CITY, STARR COUNTY, TEXAS 78582.

Defendant, Greeting:

You are hereby commanded to appear by filing a written answer to Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 229th Judicial District Court of Duval County, Texas at the Court House of said County in San Diego, Texas.

Said Petition was filed in said court on the 6th Day of December, A. D., 1999 in this case, numbered DC-99-431 on the docket of said court, and styled
**JAVIER ALONZO , ET AL, Plaintiff**
**VS.**
**HON. JOHN A POPE, ARNULFO GUERRA, FRANK R NYE, HORACIO P. GEURRA, III AND ELDA CASTILLO,**
**Defendants**

The nature of said Petition is fully shown by a true and correct copy of the Plaintiff's Original Petition, accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirements of law, and the mandates thereof, make due return as the law directs.

Issued and given under my hand and seal of said Court at San Diego, Texas this the 7th day of December, A. D., 1999. Attest Mr. Richard M. Barton, Clerk District Court, Duval County, Texas

By: _Evelyn M. Garcia_ , Deputy

## CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the 7th day of December ,1999 at 2:30 o'clock P.M., I mailed
TO:ELDA CASTILLO, 200 N. BRITTON AVENUE, RIO GRANDE CITY, STARR COUNTY, TEXAS 78582
return receipt requested, a true copy of this citation with a copy of the petition attached thereto.
Mr. Richard M. Barton, Clerk
CERTIFIED MAIL—RESTRICTED DELIVERY # **P 502-658-801**

By: _Evelyn M. Garcia_ , Deputy

### CLERK'S RETURN
FILED THIS THE _____ DAY OF _____ A. D. 1999.
MR. RICHARD M. BARTON, CLERK
DISTRICT COURT
DUVAL COUNTY, TEXAS
BY: _____ , DEPUTY

DATE OF DEFENDANT'S SIGNATURE: _____

# ORIGINAL

CIT.PS.CM
CLERK OF THE COURT
MR. RICHARD M. BARTON
P.O. DRAWER 428
SAN DIEGO, TEXAS 78384

ATTORNEY FOR PLAINTIFF
MR HECTOR P. GONZALEZ
P.O.BOX 3782
ALICE, TEXAS 78333

## THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

**TO: JOHN A POPE, JUDGE OF THE 381th JUDICIAL DISTRICT COURT, STARR COUNTY COURTHOUSE 200 N. BRITTON AVENUE, RIO GRANDE CITY, TEXAS 78582**

Defendant, Greeting:

You are hereby commanded to appear by filing a written answer to Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 229th Judicial District Court of Duval County, Texas at the Court House of said County in San Diego, Texas.

Said Petition was filed in said court on the 6th Day of December, A. D., 1999 in this case, numbered **DC-99-431** on the docket of said court, and styled

**JAVIER ALONZO , ET AL, Plaintiff**
**VS.**
**HON. JOHN A POPE, ARNULFO GUERRA, FRANK R NYE, HORACIO P. GEURRA, III AND ELDA CASTILLO, Defendants**

The nature of said Petition is fully shown by a true and correct copy of the Plaintiff's Original Petition, accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirements of law, and the mandates thereof, make due return as the law directs.

Issued and given under my hand and seal of said Court at San Diego, Texas this the 7th day of December, A. D., 1999.

Attest Mr. Richard M. Barton, Clerk, District Court, Duval County, Texas

By: _____, Deputy.

### CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the 7th day of December ,1999 at 2:30 o'clock P.M., I mailed
**TO: JOHN A POPE , 200 N. BRITTON AVE. RIO GRANDE CITY, TEXAS 78582**
Defendant(s) by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached thereto.

Mr. Richard M. Barton, Clerk

CERTIFIED MAIL—RESTRICTED DELIVERY # **P 502-658-796**

By: _____, Deputy

---

FILED THIS THE 22nd DAY OF Nov. A. D. 1999.
MR. RICHARD M. BARTON, CLERK

CLERK'S RETURN

DISTRICT COURT
DUVAL COUNTY, TEXAS
BY: _____, DEPUTY

DATE OF DEFENDANT'S SIGNATURE: 12-21-99

# ORIGINAL

CIT.PS.CM
CLERK OF THE COURT
MR. RICHARD M. BARTON
P.O. DRAWER 428
SAN DIEGO, TEXAS 78384

ATTORNEY FOR PLAINTIFF
MR HECTOR P. GONZALEZ
P.O.BOX 3782
ALICE, TEXAS 78333

## THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

## TO: FRANK R NYE, 5721 N. SHARY ROAD, MISSION HIDALGO COUNTY, TEXAS 78572

Defendant, Greeting:

You are hereby commanded to appear by filing a written answer to Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 229th Judicial District Court of Duval County, Texas at the Court House of said County in San Diego, Texas.

Said Petition was filed in said court on the 6th Day of December, A. D., 1999 in this case, numbered DC-99-431 on the docket of said court, and styled
**JAVIER ALONZO , ET AL, Plaintiff**
VS.
**HON. JOHN A POPE, ARNULFO GUERRA, FRANK R NYE, HORACIO P. GEURRA, III AND ELDA CASTILLO, Defendants**

The nature of said Petition is fully shown by a true and correct copy of the Plaintiff's Original Petition, accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirements of law and the mandates thereof, make due return as the law directs.

Issued and given under my hand and seal of said Court at San Diego, Texas this the 7th day of December, A. D., 1999. Attest Mr. Richard M. Barton, Clerk District Court, Duval County, Texas

By: _____, Deputy

## CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the 7th day of December ,1999 at 2:30 o'clock P.M., I mailed
**TO:FRANK R NYE, 5721 N. SHARY ROAD, MISSION, HILAGO, COUNTY, TEXAS 78572**
Defendant(s) by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached thereto.
Mr. Richard M. Barton, Clerk
CERTIFIED MAIL—RESTRICTED DELIVERY # **P 502-658-797**

By: _____, Deputy

**CLERK'S RETURN**
FILED THIS THE 13th DAY OF Dec. A. D. 1999.
MR. RICHARD M. BARTON, CLERK
DISTRICT COURT
DUVAL COUNTY, TEXAS
BY: _____, DEPUTY

DATE OF DEFENDANT'S SIGNATURE: _____



CIT.PS.CM
CLERK OF THE COURT
MR. RICHARD M. BARTON
P.O. DRAWER 428
SAN DIEGO, TEXAS 78384

ATTORNEY FOR PLAINTIFF
MR HECTOR P. GONZALEZ
P.O.BOX 3782
ALICE, TEXAS 78333

# THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

## TO: ARNULFO GUERRA, 104 LINCOLN AVE., ROMA, STARR COUNTY, TEXAS 78584

Defendant, Greeting:

You are hereby commanded to appear by filing a written answer to Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 229th Judicial District Court of Duval County, Texas at the Court House of said County in San Diego, Texas.

Said Petition was filed in said court on the 6th Day of December, A. D., 1999 in this case, numbered **DC-99-431** on the docket of said court, and styled
**JAVIER ALONZO , ET AL, Plaintiff**
VS.
**HON. JOHN A POPE, ARNULFO GUERRA, FRANK R NYE, HORACIO P. GEURRA, III AND ELDA CASTILLO, Defendants**

The nature of said Petition is fully shown by a true and correct copy of the Plaintiff's Original Petition, accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirements of law, and the mandates thereof, make due return as the law directs.

Issued and given under my hand and seal of said Court at San Diego, Texas this the 7th day of December, A. D., 1999. Attest Mr. Richard M. Barton, Clerk District Court, Duval County, Texas

By: _____, Deputy.

## CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the 7th day of December ,1999 at 2:30 o'clock P.M., I mailed
**TO:ARNULFO GUERRA, 104 LINCOLN AVE. ROMA, STARR COUNTY, TEXAS 78584**
Defendant(s) by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached thereto.
Mr. Richard M. Barton, Clerk
CERTIFIED MAIL—RESTRICTED DELIVERY # **P 502-658-798**

By: _____, Deputy

### CLERK'S RETURN
FILED THIS THE _____ DAY OF _____ A. D. 1999.
MR. RICHARD M. BARTON, CLERK
DISTRICT COURT
DUVAL COUNTY, TEXAS
BY _____, DEPUTY

DATE OF DEFENDANT'S SIGNATURE: _____

Case 2:00-cv-00006   Document 1   Filed in TXSD on 01/06/2000   Page 12 of 29

NO. DC-99-431

| | | |
|---|---|---|
| JAVIER ALONZO, et al | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 229TH JUDICIAL DISTRICT |
| | § | |
| HON. JOHN A. POPE, | § | |
| ARNULFO GUERRA, FRANK R. NYE, | § | DEC 1 0 1999 |
| HORACIO P. GUERRA, III AND | § | |
| ELDA CASTILLO | § | DUVAL COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, Javier Alonzo, Jose Luis Alonzo, Javier Alonzo, Jr. Jose Luis Alonzo, Jr.,

Corando Alonzo, Gregorio Castillo, Eduardo Castillo and Rosbel Castillo, Plaintiffs, and file this

action pursuant to 42 United States Code 1983 against the Honorable John A. Pope, in his individual

capacity, Arnulfo Guerra, Frank R. Nye, Horacio P. Guerra, III and Elda Castillo, each in their

individual capacity, for damages due to conspiracy of such Defendants to deprive Plaintiffs, under

color of law, of his right to due process of law and, for such would show as follows:

### I.

### Parties

1.   John A. Pope is Judge of the 381st Judicial District Court, Starr County, Texas, and may be

served with process at his office at the Starr County Courthouse, 200 N. Britton Avenue, Rio Grande

City, Texas 78582;

2.   Arnulfo Guerra is an attorney duly licensed to practice law in the State of Texas, practicing

from his office at 104 Lincoln Avenue, Roma, Starr County, Texas 78584, where service of process

may be had upon him;

3.   Frank R. Nye is an attorney duly licensed to practice law in the State of Texas, and may be

served with process at his office at 5721 N. Shary Road, Mission, Hidalgo County, Texas 78572;

4.    Horacio P. Guerra, III, is an attorney duly licensed to practice law in the State of Texas and may be served with process at his office at 200 Cenizo Street, Rio Grande City, Starr County, Texas;

5.    Elda Castillo is a natural person, an employee of Starr County, Texas, and may be served with process at her office, the office of the District Court Coordinator for the 381st Judicial District Court, 200 N. Britton Avenue, Rio Grande City, Starr County, Texas 78582; and

6.    Plaintiffs are natural persons and party plaintiffs to litigation pending in the 229th Judicial District Court of Duval County, Texas.

## II.

## Venue

Venue is proper in Duval County, Texas, under the provisions of Sec. 15.002(a)(1) as such county is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred; and by virtue of the fact that actions taken by Defendants or any of them outside Duval County was intended and designed to affect, and purported to affect, litigation pending in the District Court of Duval County, 229th Judicial District.

## III.

## Facts and Background

1.    Plaintiffs joined other plaintiffs, all of whom are natural persons, filed suit in a case styled Amador, et al v. Alamo Concrete Products Limited, et al, Cause No. 16696, pending in the 229th District Court, Duval County, Texas. Such case alleges that all plaintiffs therein had sustained injuries to their person as a result of certain acts and omissions of the defendants in such suit. Defendant John A. Pope was, at that time and now is, sitting as District Judge of the 381st District Court of Starr

-2-

District Court by District Judge Darrell Hester, Presiding Administrative Judge.  The Defendants Arnulfo Guerra, Frank R. Nye and Horacio P. Guerra, III, all were retained as defense counsel by various defendants in the Duval County case.

2.     Such action has been on file since August of 1996 and multiple hearings have been had thereon by Defendant John A. Pope as presiding judge in such case.  Regardless of the facts that the case was pending in Duval County and that Judge Pope was presiding under appointment as visiting judge, many of such hearings were had in Starr County at the Court's direction.  At some of such hearings in the Duval County action held in Starr County, Judge Pope has imposed penalty sanctions against the plaintiffs, including the Plaintiffs herein, as requested by the Defendant attorneys herein; has reversed his rulings on some of the very same points when the attorney Defendants herein changed their minds and requested such reversal and has proceeded to adverse rulings against Plaintiffs and their fellow plaintiffs in the Duval County case.

3.     On these same occasions, the Defendant Elda Castillo, individually and in her capacity as Court Coordinator of the 381st District Court, has failed to diligently and promptly discharged the administrative duties of the Court.  She has established in her office bias and prejudice against the plaintiffs in the Duval County action, including plaintiffs herein, to their damage.  By virtue thereof, it has become clear that Judge Pope has not required his administrative staff and others subject to his direction and control to observed the standards of fidelity and diligence and to refrain from manifesting bias or prejudice in the performance of their duties of court staff.

## III.

## Causes of Action

1.     In accordance with the constitution of the State of Texas, Art. 5 Sec. 7, and the law governing

-3-

the discharge of his duties by a visiting judge, such visiting judge is required to hold all hearings in the case to which he has been assigned in the county seat of the county in which such case is pending. Accordingly, in holding hearings in Starr County upon a case to which he is appointed as visiting judge in Duval County, Judge Pope was acting totally and completely outside his jurisdiction and contrary to the Constitution and law of this state. All rulings and orders made in the Duval County case in hearings had in Starr County are, therefor, null, void and of no effect and plaintiffs seek an order of this Honorable Court so holding.

2.      Defendant Judge Pope, in addition to his judicial duties as a visiting judge has certain administrative duties requiring his attention and the attention of his court staff for whom he is responsible.  Among such responsibilities is that of requiring such administrative staff to be of reasonable assistance to all parties to any case with which staff is working under direction of the judge.  Such assistance should be free of partiality, bias or prejudice as to any and all parties.  Despite such duty, defendant Judge Pope, in his administrative capacity has ordered plaintiffs in the Duval County case, including the plaintiffs herein and their counsel, not to contact his staff to seek information concerning trial dates, hearing dates, subject of hearings and scheduled therefor.  At the same time such defendant's cronies, business partners and associates, in their capacity as defense counsel, were permitted full access to not only the Court's administrative staff, but, also, full access to the defendant Judge and his chambers and elsewhere to discuss the pending case, matters to be heard and scheduling thereof, all to the plaintiffs' damage as set out below.  In further disregard of the Court's administrative duties, defendant Judge Pope, failed to disclose by appropriate filing that he and the defendant defense counsel herein owned property together; that he and such defendants had, or have, an arrangement between them respecting the business of acting as local counsel for

-4-

defendants which, in practical effect, made them partners in such businesses; such defendants provided utilities for an office used by the Defendant Judge for conduct of his personal business; and the defendant Judge further failed to file, in keeping with his administrative duties, a correct listing of his real estate holdings, which would have revealed his joint and undivided holding of real estate in Jim Wells County with defendants Arnulfo Guerra and Frank R. Nye, among other lawyers, all to the damages of plaintiffs herein as below set out. Plaintiffs allege that defendant Judge Pope could hardly have forgotten his ownership of such property in that his failure to reveal same was intentional and for the purpose of concealing his economic and profit involvement with such defendants.

3.   Plaintiffs, for further cause of action, would show that defendant Judge Pope for years prior to taking the bench of the 381st District Court, was involved in professional and business arrangements with the defendant lawyers herein; that they shared fees, held joint title to land; were partners in various business ventures; and that following his elevation to the 381st District Court, these same defendants continue in representation of the same clients which the Defendant Judge had represented. The Defendant Judge and Defendant Lawyers continue to work together and conspire under color of law to aid Judge Pope in concealing his relationship with them and in withholding information that should have been made available to Plaintiffs herein and his counsel. Their purpose was to conceal information that the Defendant Judge shared office space with one of the Defendants; for the purpose of concealing from plaintiffs and their counsel that one of such defendants was paying for the lighting, heating and air-conditioning of the Judge's private, not judicial, office; for the purpose of concealing from plaintiffs and their counsel that the Defendant Judge and two of the Defendants were partners in a land transaction and continue to own real property together. They did this knowing that the result was to conceal from plaintiffs the bias and prejudice the Defendant Judge would have in favor

of defendant defense counsel in such judge's conduct of the case in which plaintiffs were involved as plaintiffs in Duval County. Plaintiffs would further show that Defendant Lawyers work together and with the Defendant Judge and Defendant Court Coordinator to continue to have unlawful and illegal hearings in plaintiffs' case pending in Duval County in Starr County, outside the jurisdiction of the Defendant Judge as a visiting judge obligated to hold all hearings in the case to which he was appointed in the county in which such case was pending. Defendants encouraged others to agree to such hearings and encouraged the Defendant Judge to enter "death-penalty" sanctions against plaintiffs in such case while treating defendants as though they were members of his family. All of such defendants have participated in the corruption of the judicial process to such extent that every defendant in the aforementioned cause asking for a transfer of venue was granted same whether or not a motion to transfer had been filed by such defendant. All of such conduct and conspiracy was affected under color of state law and in violation of 42 U.S.C. 1983, for which all defendants, including Defendant Judge Pope by reason of his clear action outside his jurisdiction, are liable.

## IV.

### Damages and Jury Demand

1.   By reason of such conspiracy under color of law plaintiffs' right to due process of law has been completely subverted and denied. For which, in addition to an order from this Honorable Court recognizing as void all Orders purportedly entered by the Defendant Judge, as a result of hearings in Starr County, affecting the case pending in Duval County, plaintiffs are entitled to damages from all defendants herein in an amount well in excess of the minimum jurisdiction of this Honorable Court. Plaintiffs, therefor, respectfully demand a jury to hear and determine any controverted facts herein and to determine plaintiffs' damages consistent with this petition or any amendment hereof which

plaintiffs may file.

WHEREFORE, PREMISED CONSIDERED, Plaintiffs pray that the Defendants be cited to appear and answer herein; that this matter come on for trial and that upon trial hereof Plaintiffs be granted judgment that all Orders in the Duval County case styled Amador, et al v. Alamo Concrete Product Limited, et al Cause No. 16,969, in any way resulting from hearing(s) conducted therein Starr County, are null and void; that judgment against Defendants and in favor of Plaintiffs be granted for such sum in excess of the minimum jurisdiction of this Honorable Court as may be determined by the Jury as damages due Plaintiffs by reason of the Defendants conspiring with Judge Pope inducement by such conspiracy of corrupt actions depriving Plaintiffs herein of property and rights without due process of law; that Plaintiffs recover, also, damages for the defendant Judge Pope's intentional failure to comply with his administrative duties and responsibilities; and for such other and further relief, at law or equity, as to which plaintiffs may show themselves to be justly entitled. Plaintiffs also seek to recover their costs in their behalf expended.

Respectfully submitted,
HECTOR P. GONZALEZ LAW OFFICE
3884 E. Hwy 44
P.O. Box 3728
Alice, Texas 78333
361/668-0325 - Telephone
361/668-0327 - Telecopier

By: Hector P. Gonzalez
SBN: 08127000

COUNSEL FOR PLAINTIFFS

## JURY DEMAND

Plaintiffs respectfully demand trial by jury, as stated in the foregoing Original Petition.

-8-

A true copy of the original, I certify,
the ___11th___ day of __Dec__, 19 99
R. Barton
Clerk of the District Court.
Duval County, Texas
By _____, Deputy

## CAUSE NO. DC-99-431

| | | |
|---|---|---|
| JAVIER ALONZO, ET AL | § | IN THE 229TH JUDICIAL |
| | § | |
| VS. | § | DISTRICT COURT OF |
| | § | |
| HON. JOHN A. POPE, ET AL | § | DUVAL COUNTY, TEXAS |

### ORIGINAL ANSWER OF ARNULFO GUERRA

**TO THE HONORABLE JUDGE OF SAID COURT:**

Subject to and without waiving his motion to transfer venue, Arnulfo Guerra files this original answer to plaintiffs' original petition and says:

1.     Reserving the right to file special exceptions and other affirmative defenses this defendant denies each and every all and singular the allegations in the said petition and demands strict proof thereof in accordance with the Texas Rules of Civil Procedure.

WHEREFORE PREMISES CONSIDERED this defendant prays that plaintiffs take nothing by their suit against him, that he be dismissed and all costs incurred herein be adjudged against the plaintiffs.

Respectfully submitted,

ATLAS & HALL, L.L.P.
P.O. Box 3725
818 Pecan
McAllen, Texas 78502-3725
Telephone 956-682-5501
Telecopier 956-686-6109

By:_____
   O. C. Hamilton, Jr.
   State Bar No. 08847000
ATTORNEYS FOR ARNULFO GUERRA

## CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a true and correct copy of the foregoing document by certified mail to the following on this the __28th__ day of December, 1999:

*Attorney for Plaintiffs:*
Hector P. Gonzalez
LAW OFFICES OF HECTOR P. GONZALEZ
P.O. Box 3728
Alice, Texas 78333
**CM'RRR Z 350 125 059**

*Attorney for Defendant Frank R. Nye*
John Skaggs
SKAGGS & GARZA, LLP
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
**CM'RRR Z 350 125 077**

*Attorney for Defendants Hon. John A. Pope*
  *and Elda Castillo*
Bryan Gantt
Attorney General's Office of Texas
PO Box 12548
Austin, Texas 78711-2548
**CM' RRR Z 350 125 082**

O. C. Hamilton, Jr.

2

CAUSE NO. DC-99-431

| | | |
|---|---|---|
| JAVIER ALONZO, ET AL | § | IN THE 229TH JUDICIAL |
| | § | |
| VS. | § | DISTRICT COURT OF |
| | § | |
| HON. JOHN A. POPE, ET AL | § | DUVAL COUNTY, TEXAS |
| | § | |

## MOTION TO TRANSFER VENUE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Arnulfo Guerra, one of the defendants in the above styled and numbered cause files this motion to transfer venue and says:

1.     This motion is filed pursuant to Rules 86 and 87 of the T.R.C.P.  Arnulfo Guerra objects to venue in Duval County, Texas, the county in which this suit was filed, on the grounds that Duval County is not a county of proper venue and no basis exists mandating venue in Duval County.   Duval County is not a proper county of venue because the alleged cause of action did not accrue in Duval County and there is no mandatory or permissive exception which allows the lawsuit to be maintained in Duval County.

2.     Arnulfo Guerra will show that the legal and factual basis for plaintiffs' claims against Arnulfo Guerra are insufficient as a matter of law.  Plaintiffs' suit against Arnulfo Guerra accrued if at all in Starr County, Texas, and Arnulfo Guerra is an individual who resides in Starr County, Texas.

3.     Tex. Civ. Prac. & Rem. Code Ann. §15.002(a) provides that

> "all lawsuits shall be brought:
> (1)  in the county in which all or a substantial part of the events or omissions giving rise to the claim occurred;
> (2)  in the county of defendant's residence at the time the cause of action accrued if defendant is a natural person;"

Arnulfo Guerra's residence in Starr County, not Duval County and there are no facts alleged regarding any events or omissions which accrued in Duval County.

WHEREFORE PREMISES CONSIDERED Arnulfo Guerra prays that this motion to transfer venue be sustained and that this suit be transferred to Starr County, Texas.

Respectfully submitted,

ATLAS & HALL, L.L.P.
P.O. Box 3725
818 Pecan
McAllen, Texas 78502-3725
Telephone 956-682-5501
Telecopier 956-686-6109

By: _____
   O. C. Hamilton, Jr.
   State Bar No. 08847000
   ATTORNEYS FOR ARNULFO GUERRA

## CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a true and correct copy of the foregoing document by certified mail to the following on this the __28th__ day of December, 1999:

*Attorney for Plaintiffs:*
Hector P. Gonzalez
LAW OFFICES OF HECTOR P. GONZALEZ
P.O. Box 3728
Alice, Texas  78333
**CM'RRR Z 350 125 059**

*Attorney for Defendant Frank R. Nye*
John Skaggs
SKAGGS & GARZA, LLP
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
**CM'RRR Z 350 125 077**

*Attorney for Defendants Hon. John A. Pope
  and Elda Castillo*
Bryan Gantt
Attorney General's Office of Texas
PO Box 12548
Austin, Texas 78711-2548
**CM' RRR Z 350 125 082**

_____
O. C. Hamilton, Jr.

Case 2:00-cv-00006   Document 1   Filed in TXSD on 01/06/2000   Page 24 of 29

FILED AT _____ O'CLOCK _____ M

NO. DC-99-431

| | | |
|---|---|---|
| JAVIER ALONZO, JOSE LUIS | § | IN THE DISTRICT COURT |
| ALONZO, JAVIER ALONZO, JR., | § | |
| JOSE LUIS ALONZO, JR., | § | |
| CORANDO ALONZO, GREGORIO | § | |
| CASTILLO, EDUARDO CASTILLO AND | § | |
| ROSBEL CASTILLO | § | |
| | § | DUVAL COUNTY, TEXAS |
| VS. | § | |
| | § | |
| HON. JOHN A. POPE, ARNULFO | § | |
| GUERRA, FRANK R. NYE, | § | |
| HORACIO P. GUERRA, III, AND | § | |
| ELDA CASTILLO | § | 229TH JUDICIAL DISTRICT^R |

## MOTION TO TRANSFER VENUE AND ORIGINAL ANSWER
## OF DEFENDANT FRANK R. NYE

COMES NOW FRANK R. NYE, who makes this Motion to Transfer Venue, and who would show the Court as follows:

I.

Defendant objects to improper venue in connection with the action alleged in "Plaintiff's Original Petition" filed by Javier Alonzo, et al. Such action should be transferred to Starr County, Texas, or alternatively to Hidalgo County, Texas, each counties of proper venue because Duval County, Texas, "the county where the action is pending is not a proper county, and further because mandatory venue of the action in Starr County is prescribed by the statutory provisions enumerated below".

II.

This party requests transfer of the action to Starr County, Texas, the county of mandatory venue and also a county of proper venue. Alternatively, this party requests transfer of the action to Hidalgo County, Texas, a county of proper venue. In support of this Motion, Defendant would show that venue is mandatory in Starr

County pursuant to Section 15.0151, Texas Civil Practice and Remedies Code and proper in Starr County, pursuant to Section 15.002(a)(1), Texas Civil Practice and Remedies Code. Venue is proper in Hidalgo County, Texas pursuant to Section 15.002(a)2, Texas Civil Practice and Remedies Code. This party would show as a factual basis for this Motion that if a cause of action exits, then the cause of action or part thereof accrued in Starr County; and this Defendant resides in Hidalgo County, Texas; each counties to which transfer is sought.

III.

The venue facts, if any, pleaded in such "Plaintiff's Original Petition" are specifically denied herein. Specifically, Defendants have alleged no facts which establish venue in Duval County, Texas; and Plaintiffs have affirmatively alleged only facts which establish venue in Starr County, Texas.

ORIGINAL ANSWER

COMES AGAIN, Frank R. Nye, Defendant in the above captioned and numbered cause, subject to the Motion to Transfer Venue, above, makes and files this his Original Answer to the pleadings on file in this action and would respectfully show the Court as follows:

I.

Defendant denies each and every, all and singular the material allegations contained in the pleadings on file in this action and demands strict proof thereof.

WHEREFORE, PREMISES CONSIDERED, this party prays that venue be transferred to Starr County or Hidalgo County, Texas. Defendant further prays that Plaintiffs take nothing by reason of this suit,

for cost of Court, and for such other and further relief, both

general and special, at law or in equity as he may be entitled to

receive.

Respectfully Submitted,

SKAGGS & GARZA, L.L.P.
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

_____
JOHN SKAGGS
State Bar No. 18452500
ATTORNEYS FOR DEFENDANT
FRANK R. NYE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel on this the *28th* day of _December_, 1999:

Mr. Hector P. Gonzalez
3884 E. Hwy 44
P. O. Box 3728
Alice, Texas 78333

_____ for
John Skaggs

Case 2:00-cv-00006   Document 1   Filed in TXSD on 01/06/2000   Page 28 of 29

United States District Court
Southern District of Texas
FILED

JAN 0 6 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

JAVIER ALONZO, et al               §
     PLAINTIFFS               §
                 §
v.               §   CIVIL CAUSE NO. **C-00-006**
                 §
HON. JOHN A. POPE,               §
ARNULFO GUERRA, FRANK R. NYE,               §
HORACIO P. GUERRA, III AND               §
ELDA CASTILLO               §
     DEFENDANTS               §

**COUNSEL OF RECORD**

Attorney for Plaintiffs

Hector P. Gonzalez
Hector P. Gonzalez Law Office
3884 E. Hwy 44
P.O. Box 3728
Alice, Texas 78333
Telephone:   361-668-0325
Facsimile:   361-668-0327

Attorney for Defendants Hon. John A. Pope and Elda Castillo:

Bryan Gantt
Attorney General's Office of Texas
P.O. Box 12548
Austin, Texas 78711-2548
Telephone:   512-463-2120

Attorney for Defendant Arnulfo Guerra:

O. C. Hamilton, Jr.
ATLAS & HALL, L.L.P.
P.O. Box 3725
818 Pecan
McAllen, Texas 78502-3725
Telephone     956-682-5501
Facsimile     956-686-6109

Attorney for Defendant Horacio P. Guerra, III:

Roger Reed
REED, CARRERA & McLAIN
P.O. Box 9702
McAllen, Texas 78502
Telephone:   956-631-5444
Facsimile:   956-631-9187

Attorney for Defendant Frank R. Nye:

John Skaggs
SKAGGS & GARZA, L.L.P.
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Telephone:   956-687-8203
Facsimile:   956-630-6570