UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 6 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JAVIER ALONZO, et al<br>PLAINTIFFS | § § § | C-00-006 |
| v. | § § § | CIVIL CAUSE NO. _____ |
| HON. JOHN A. POPE,<br>ARNULFO GUERRA, FRANK R. NYE,<br>HORACIO P. GUERRA, III AND<br>ELDA CASTILLO<br>DEFENDANTS | § § § § § § | |

## JOINDER IN REMOVAL

To the Honorable Judge of the United States District Court for the Southern District of Texas:

Horacio P. Guerra, III, a defendant in this action, consents to removal of this action from the 229th$^h$ District Court of the State of Texas, County of Duval, to this Court, and joins in the Notice of Removal filed with the clerk of this Court by Arnulfo Guerra on January 6, 2000.

Respectfully submitted,

*/s/ Roger Reed*
Roger Reed
State Bar No. 16687200
Federal I.D. No. 6407
P.O. Box 9702
McAllen, Texas 78502
Telephone  956-631-5444
Facsimile  956-631-9187
ATTORNEY FOR DEFENDANT
HORACIO P. GUERRA, III

1

## CERTIFICATE OF SERVICE

  I do hereby certify that I have mailed, by certified mail, return receipt requested, a copy of the foregoing document to the following on this the __6__ day of January, 2000:

Hector P. Gonzalez
Hector P. Gonzalez Law Office
3884 E. Hwy 44
P.O. Box 3728
Alice, Texas 78333
Telephone: 361-668-0325
Facsimile:  361-668-0327

                 ROGER REED