UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 6 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JAVIER ALONZO, et al<br>　　　PLAINTIFFS | § § § | |
| v. | § § | CIVIL CAUSE NO. C-00-006 |
| HON. JOHN A. POPE,<br>ARNULFO GUERRA, FRANK R. NYE,<br>HORACIO P. GUERRA, III AND<br>ELDA CASTILLO<br>　　　DEFENDANTS | § § § § § | |

## JOINDER IN REMOVAL

To the Honorable Judge of the United States District Court for the Southern District of Texas:

Frank R. Nye, a defendant in this action, consents to removal of this action from the 229th[h] District Court of the State of Texas, County of Duval, to this Court, and joins in the Notice of Removal filed with the clerk of this Court by Arnulfo Guerra on January 6, 2000.

Respectfully submitted,

John Skaggs
State Bar No. 18452500
Federal I.D. No. 1225
P.O. Drawer 2285
McAllen, Texas 78502
Telephone   956-687-8203
Facsimile   956-630-6570
ATTORNEY FOR DEFENDANT
FRANK R. NYE

1

## CERTIFICATE OF SERVICE

I do hereby certify that I have mailed, by certified mail, return receipt requested, a copy of the foregoing document to the following on this the ___ day of January, 2000:

Hector P. Gonzalez
Hector P. Gonzalez Law Office
3884 E. Hwy 44
P.O. Box 3728
Alice, Texas 78333
Telephone:   361-668-0325
Facsimile:   361-668-0327

_____
JOHN SKAGGS

2

ClibPDF - www.fastio.com