IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAVIER ALONZO, ET AL., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. C-00-006 |
| | § | |
| HON. JOHN A. POPE, ARNULFO GUERRA, | § | |
| FRANK R. NYE, HORACIO P. GUERRA, III, | § | |
| AND ELDA CASTILLO | § | |
| Defendant. | § | |

## JOINDER IN REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Hon. John A. Pope and Elda Castillo, defendants in this action, consent to removal of this action from the 229th District Court of the State of Texas, County of Duval, to this Court, and join in the Notice of Removal filed with the clerk of this Court by Arnulfo Guerra on January 6, 2000.

                Respectfully submitted,

                JOHN CORNYN
                Attorney General of Texas

                ANDY TAYLOR
                First Assistant Attorney General

                LINDA S. EADS
                Deputy Attorney General for Litigation

                TONI HUNTER
                Chief, General Litigation Division

United States District Court
Southern District of Texas
FILED
JAN 12 2000
MICHAEL N. MILBY CLERK

5.

*signature: Bryan Gantt*

BRYAN GANTT
Texas Bar No. 24007219
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR THE HONORABLE
JOHN A. POPE AND ELDA CASTILLO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent via certified mail, return receipt requested on this the _10th_ day of January, 2000, to:

Hector P. Gonzalez
3884 E. Hwy 44
P.O. Box 3728
Alice, Texas   78333

Mr. John Skaggs
Skaggs and Garza
710 Laurel Ave.
P.O. Drawer 2285
McAllen, Texas   78502

Mr. Carl Hamilton
Atlas & Hall
P.O. Drawer 3725
McAllen, Texas   78502

Mr. Roger Reed
Reed, Carrera & McLain
P.O. Box 9702
McAllen, Texas   78502-9702

*signature: Bryan Gantt*

BRYAN GANTT
Assistant Attorney General