UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 2 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| JAVIER ALONZO, ET AL | § § | |
| v. | § § | CIVIL ACTION NO. C-00-006 |
| HON. JOHN A. POPE, ET AL | § | |

## CERTIFICATE OF FINANCIAL INTEREST

This is to certify that Defendant Arnulfo Guerra has no knowledge of any person, firm, partnership, corporation, affiliate, parent corporation or other entities that would be financially interested in the outcome of this litigation.

Respectfully submitted,

O. Carl Hamilton, Jr.
Texas State Bar No. 08847000
USDC No. 2253
P. O. Box 3725
McAllen, Texas 78502-3725
Telephone: (956) 632-8299
Facsimile: (956) 686-6109
ATTORNEY FOR DEFENDANT
ARNULFO GUERRA

Of Counsel:
ATLAS & HALL, L.L.P.
P.O. Box 3725
818 Pecan
McAllen, Texas 78502-3725
Telephone: (956) 682-5501
Facsimile: (956) 686-6109

## CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a copy of the foregoing document to the following on this the 10th day of January, 2000:

Hector P. Gonzalez
HECTOR P. GONZALEZ LAW OFFICE
3884 E. Hwy 44
P.O. Box 3728
Alice, Texas 78333
Telephone:   361-668-0325
Facsimile:   361-668-0327

Bryan Gantt
ATTORNEY GENERAL'S OFFICE OF TEXAS
P. O. Box 12548
Austin, Texas 78711-2548
Telephone :   512-463-2120

Roger Reed
REED, CARRERA & McLAIN
P. O. Box 9702
McAllen, Texas 78502
Telephone:   956-631-5444
Facsimile:   956-631-9187

John Skaggs
SKAGGS & GARCIA, L.L.P.
P. O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Telephone:   956-687-8203
Facsimile:   956-630-6570

_____
O.C. HAMILTON, JR.