United States District Court
Southern District of Texas
FILED

JAN 21 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAVIER ALONZO, ET AL., | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. C-00-006 |
| | § | |
| HON. JOHN A. POPE, ARNULFO GUERRA, | § | |
| FRANK R. NYE, HORACIO P. GUERRA, III, | § | |
| AND ELDA CASTILLO | § | |
|    Defendant. | § | |

## DISCLOSURE OF INTERESTED PARTIES

The below designated Defendants are not aware, and cannot specifically disclose any interested party to this litigation other than the named parties contained in the caption of the original complaint. For record purposes, these disclosed parties are identified as follows:

The Honorable Judge John Pope
District Judge
381st Judicial District Court
Starr County Courthouse Third Floor
Rio Grande City, Texas 78582


Ms. Elda Castillo
Court Coordinator
381st Judicial District Court
Starr County Courthouse Third Floor
Rio Grande City, Texas 78582

8.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

LINDA S. EADS
Deputy Attorney General for Litigation

TONI HUNTER
Chief, General Litigation Division

_____
BRYAN GANTT
Southern District of Texas Bar No. 23810
Texas Bar No. 24007219
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR THE HONORABLE
JOHN A. POPE AND ELDA CASTILLO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent via certified mail, return receipt requested on this the 20th day of January, 2000, to:

Hector P. Gonzalez
3884 E. Hwy 44
P.O. Box 3728
Alice, Texas  78333

Mr. John Skaggs
Skaggs and Garza
710 Laurel Ave.

P.O. Drawer 2285
McAllen, Texas   78502

Mr. Carl Hamilton
Atlas & Hall
P.O. Drawer 3725
McAllen, Texas   78502

Mr. Roger Reed
Reed, Carrera & McLain
P.O. Box 9702
McAllen, Texas   78502-9702

BRYAN GANTT
Assistant Attorney General