United States District Court
Southern District of Texas
FILED

JAN 21 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAVIER ALONZO, ET AL | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-006 |
| | § | |
| HON. JOHN A. POPE, ET AL | § | |

## MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

  Arnulfo Guerra, one of the defendants in the above styled and numbered cause files this motion for protective order and says:

  1. This motion is filed pursuant to Rule 26(c), Federal Rules of Civil Procedure.

  2. On January 11, 2000, Hector Gonzalez received the notice of removal of this case to Federal court, together with a letter requesting agreements for dates for the lawyers in the case to meet in accordance with Rule 26(f). The suggested dates were February 10, 11, 17 or 18, 2000.

  3. On January 14, 2000, the plaintiffs through their attorney Hector Gonzalez noticed by facsimile transmission the deposition of defendant Arnulfo Guerra for the 25th day of January, 2000. This notice violates Rule 5 and Rule 26(d), F.R.C.P. Defendant therefore seeks a protective order from the court quashing the deposition notice and requesting an order that oral depositions not be taken until after the lawyers have conferred as required in Rule 26(f).

  4. In addition Arnulfo Guerra would show the court that the time and place of the deposition should be agreed upon by the attorneys at the attorneys' conference, but failing such agreement, Arnulfo Guerra would prefer to have his deposition taken at his lawyer's office in McAllen, Hidalgo County, Texas. McAllen is a more convenient place for his deposition for the reason that all of the plaintiffs reside in Hidalgo County, Texas who may want to attend the deposition and this defendant's attorney has his office in

McAllen, as do the other defendants' attorneys. Thus McAllen, Texas would be the most convenient place for the parties and their attorneys to conduct oral depositions.

WHEREFORE PREMISES CONSIDERED this defendant prays that the court grant this motion for protective order, and enter an order that the deposition of this defendant noticed for January 25, 2000 not be taken at that time, but that the attorneys attempt to agree upon times and places of oral depositions at the attorneys' meeting pursuant to Rule 26(f) F.R.C.P., failing which the court should order the depositions taken at McAllen, Texas. This defendant prays for such other relief both general and special in law or in equity to which he may be justly entitled.

Respectfully submitted,

_____
O. Carl Hamilton, Jr.
Texas State Bar No. 08847000
USDC No. 2253
P.O. Box 3725
McAllen, Texas 78502-3725
Telephone: (956) 632-8299
Facsimile: (956) 686-6109
Attorney for Defendant Arnulfo Guerra

Of counsel:
Atlas & Hall, L.L.P.
PO Box 3725
McAllen, Texas 78502-3725
Telephone: (956) 682-5501
Facsimile: (956) 686-6109

## CERTIFICATE OF CONFERENCE

The undersigned attorney for the movant has in good faith attempted to confer with opposing counsel in an effort to resolve the dispute which is the subject of this motion without the necessity of court intervention. Attached is a copy of a letter to Hector Gonzalez dated January 14, 2000, reflecting this attempt. No communication has been received from Hector Gonzalez in response to the letter.

_____
O.C. Hamilton, Jr.

## CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a true and correct copy of the foregoing document to the following on this the 20th day of January, 2000.

*Attorney for Plaintiffs:*
Hector P. Gonzalez
LAW OFFICES OF HECTOR P. GONZALEZ
P.O. Box 3728
Alice, Texas  78333


*Attorney for Defendant Frank R. Nye*
John Skaggs
SKAGGS & GARZA, LLP
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285


*Attorney for Defendants Hon. John A. Pope
 and Elda Castillo*
Bryan Gantt
Attorney General's Office of Texas
PO Box 12548
Austin, Texas 78711-2548

*Attorney for Defendant Horacio P. Guerra, III*
Roger Reed
Reed, Carrera & McLain
P.O. Box 9702
McAllen, Texas 78502-9702

_____
O. C. Hamilton, Jr.

MORRIS ATLAS
ROBERT L SCHWARZ
GARY GURWITZ
E.G HALL
CHARLES C. MURRAY
A KIRBY CAVIN
MIKE MILLS
MOLLY THORNBERRY
FREDERICK J. BIEL
REX N. LEACH
LISA POWELL
STEPHEN L. CRAIN
O.C. HAMILTON, JR.
VICKI M SKAGGS
RANDY CRANE
STEPHEN C HAYNES
DAN K. WORTHINGTON
VALORIE C. GLASS
HECTOR J. TORRES
SOFIA A. RAMÓN
RAMONA K KANTACK
DANIEL G. GURWITZ
DAVID E. GIRAULT
JOSÉ CANO
AARON I VELA
ADRIANA H. CÁRDENAS
GREGORY S. KAZEN

**ATLAS & HALL, L.L.P.**
ATTORNEYS AT LAW
PROFESSIONAL ARTS BUILDING • 818 PECAN
P.O BOX 3725
McALLEN, TEXAS 78502-3725
(956) 682-5501
FAX (956) 686-6109

January 14, 2000

**CM RRR #Z 350 125 067**

Mr. Hector Gonzalez
Law Offices of Hector Gonzalez
P. O. Box 3728
Alice, Texas 78333

      RE:   Cause No. DC-99-431; Javier Alonzo, et al vs. Hon. John A. Pope, et al.; In the 229th Judicial District Court of Duval County, Texas

Dear Hector:

I received your notice of intention to take the deposition of Arnulfo Guerra.

Your notice violates Rule 26(d), Federal Rules of Civil Procedure.

I intend to file a motion for protective order regarding that, as well as the time and place of the deposition, and under Rule 26(c), F.R.C.P., we are required to confer as to whether we can resolve this dispute without the necessity of court intervention.

Since I have tried in the past to telephone you and you have not returned my phone calls, I thought it best to write you this letter and request that upon receipt of the letter you immediately telephone me so that we can discuss this dispute and see whether it can be resolved without court intervention.

If I do not hear from you by January 20, I will assume that you are not interested in trying to resolve the dispute and I will proceed accordingly.

                       Sincerely,

                       ATLAS & HALL, L.L.P.

            By: _/s/ O. C. Hamilton, Jr._

                    O. C. Hamilton, Jr.

Correspondence
January 14, 2000
Page 2

OCH/cd
Enclosure

cc:

John Skaggs
SKAGGS & GARZA, LLP
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285

Bryan Gantt
Attorney General's Office of Texas
PO Box 12548
Austin, Texas 78711-2548

Roger Reed
Reed, Carrera & McLain
PO Box 9702
McAllen, Texas 78502

**Arnulfo Guerra**

---

Z 350 125 067

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

HECTOR P GONZALEZ
LAW OFFICE OF HECTOR P GONZALEZ
3884 E HIGHWAY 44
P O BOX 3728
ALICE  TX  78333

| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form 3800, April 1995