UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 21 2000

Michael N. Milby, Clerk

JAVIER ALONZO, ET AL

V.                                                    CIVIL ACTION NO. C-00-006

HON. JOHN A. POPE, ET AL

### DISCLOSURE OF INTERESTED PARTIES

The below designated party is not aware, and cannot specifically disclose any interested party to this litigation other than the named parties contained in the caption of the original complaint. For record purposes, this disclosed party is identified as follows:

Randal Frank Nye, Jr.
5721 North Sharyland Rd.
Mission, Texas 78572
(956) 487-3405

Respectfully Submitted,

John Skaggs
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

_____
JOHN SKAGGS
State Bar No. 18452500
Federal I.D. No. 1225
Attorney in Charge for
Randal Frank Nye, Jr.

10.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 19 day of January, 2000:

Mr. O. C. Hamilton, Jr.
ATLAS & HALL
818 Pecan
McAllen, Texas 78502-3725

Mr. Hector P. Gonzalez
P. O. Box 3728
Alice, Texas 78333

Mr. Bryan Gantt
Attorney General's Office
P. O. Box 12548
Austin, Texas 78711-2548

Mr. Roger Reed
P. O. Box 9702
McAllen, Texas 78502

_____
John Skaggs

ClibPDF - www.fastio.com