UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 4 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| JAVIER ALONZO, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-006 |
| | § | |
| HON. JOHN A. POPE, ET AL. | § | |

NOTICE OF SUBMISSION

To: Hector Gonzalez
Law Offices of Hector Gonzalez
P. O. Box 3728
Alice, Texas 78333

Please take notice that the motion for summary judgment and motion to dismiss filed by Arnulfo Guerra in the above styled and numbered cause will be brought on for submission before the court in accordance with Rule 6 of the Local Rules for the Southern District of Texas.

O. Carl Hamilton, Jr.
Texas State Bar No. 08847000
USDC No. 2253
P.O. Box 3725
McAllen, Texas 78502-3725
Telephone: (956) 632-8299
Facsimile: (956) 686-6109
Attorney for the Defendant
Arnulfo Guerra

Of counsel:
Atlas & Hall, L.L.P.
PO Box 3725
McAllen, Texas 78502-3725
Telephone: (956) 682-5501
Facsimile: (956) 686-6109

## CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a copy of the foregoing document to the following on this the _21st_ day of January, 2000:

Hector P. Gonzalez
LAW OFFICES OF HECTOR P. GONZALEZ
P.O. Box 3728
Alice, Texas 78333

John Skaggs
SKAGGS & GARZA, LLP
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285

Bryan Gantt
Attorney General's Office of Texas
P.O. Box 12548
Austin, Texas 78711-2548

Roger Reed
Reed, Carrera & McLain
P.O. Box 9702
McAllen, Texas 78502

_____
O. C. HAMILTON, JR.