UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 24 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| JAVIER ALONZO, ET AL | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-006 |
| | § | |
| HON. JOHN A. POPE, ET AL | § | |

### ARNULFO GUERRA'S MOTION FOR SUMMARY JUDGMENT

Arnulfo Guerra, one of the defendants in the above styled and numbered cause and pursuant to Rule 56 in the Federal Rules of Civil Procedure, files this motion for summary judgment and says:

1. This defendant moves for summary judgment against the plaintiffs herein and in favor of this defendant on the grounds that there is no genuine issue of material fact to be tried and that this defendant is entitled to judgment as a matter of law.

2. The pleadings and affidavit filed herein establish that there is no conduct on the part of the state or its employee, Judge Pope, which deprived the plaintiffs of any constitutional or legal rights. Specifically there are no allegations that the conduct on the part of Judge Pope violates any state law, federal law or constitution, and there are no allegations that the appellant procedures afforded to the plaintiffs were constitutionally inadequate and failed to afford plaintiffs due process of law plaintiffs to complain about judicial acts of Judge Pope.

3. There are no allegations of any agreements reached between this defendant and Judge Pope in order to constitute any conspiracy and without such agreement there is no cause of action for conspiracy. Attached hereto as Exhibit A and made a part hereof for all purposes is an affidavit of Arnulfo Guerra in support of this motion.

4. As a matter of law, the postdeprivation (appellate) procedures of Texas are constitutionally adequate to afford the plaintiffs due process. Section 22.201, Texas Government Code and Section 51.012 Civil Practice and Remedies Code of Texas and Texas Rules of Appellate Procedure.

12.

5. The authorities which support this motion for summary judgment are: *Parrat v. Taylor*, 451 U.S. 527, 101 S.Ct. 1908 (1981); *Hudson v. Palmer*, 468 U.S. 517, 104 S.Ct. 3194 (1984); *Collins v. King,* 743 F2d 248 (5th Cir. 1984); and *Cinel v. Connick*, 15 F3d 1338 (5th Cir. 1994).

WHEREFORE PREMISES CONSIDERED Arnulfo Guerra prays that the court set this motion for submission and upon final submission grant this defendant's motion for summary judgment and enter an order that plaintiffs take nothing by their suit against this defendant.

Respectfully submitted,

_____
O. Carl Hamilton, Jr.
Texas State Bar No. 08847000
USDC No. 2253
P.O. Box 3725
McAllen, Texas 78502-3725
Telephone: (956) 632-8299
Facsimile: (956) 686-6109
Attorney for Defendant Arnulfo Guerra

Of counsel:
Atlas & Hall, L.L.P.
PO Box 3725
McAllen, Texas 78502-3725
Telephone: (956) 682-5501
Facsimile: (956) 686-6109

2

## CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a true and correct copy of the foregoing document to the following on this the 21st day of January, 2000:

Hector P. Gonzalez
LAW OFFICES OF HECTOR P. GONZALEZ
P.O. Box 3728
Alice, Texas 78333

John Skaggs
SKAGGS & GARZA, LLP
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285

Bryan Gantt
Attorney General's Office of Texas
PO Box 12548
Austin, Texas 78711-2548

Roger Reed
Reed, Carrera & McLain
PO Box 9702
McAllen, Texas 78502

_____
O. C. Hamilton, Jr.

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISI DIVISION

| | | |
|---|---|---|
| **JAVIER ALONZO, ET AL** | § § | |
| **vs.** | § § | **CIVIL ACTION NO. C-00-006** |
| **HON. JOHN A. POPE, ET AL** | § | |

### AFFIDAVIT OF ARNULFO GUERRA

| | |
|---|---|
| **State of Texas** | § § |
| **County of Starr** | § |

Before me, the undersigned authority, on this date personally appeared Arnulfo Guerra, who after being duly sworn upon oath, deposed and stated as follows:

1. Affiant is over twenty-one years of age, has never been convicted of a felony, is competent to make this affidavit and has personal knowledge of all facts stated herein.

2. Affiant is the defendant in the above styled and numbered cause.

3. Affiant is one of the attorneys of record for two of the defendants in the case of *Amador, et al. vs. Alamo Concrete Products Limited, et al.*, being Cause No. 16696 pending in the 229th Judicial District Court of Duval County, Texas. Affiant has appeared in open court and advocated his clients' position before Judge Pope in the presence of plaintiffs and/or plaintiffs' attorney, when plaintiffs' attorney appeared for the scheduled hearings, and affiant presented to Judge Pope from time to time orders setting motions for hearing and obtained Judge Pope's signature on such order. Affiant has never entered into any agreement with Judge John Pope or any of the other defendants in this case, the purpose of which was to deny plaintiffs any rights.

4. Affiant never made any representations to anyone or performed any act to conceal the fact that affiant and Judge Pope were joint owners of a piece of property obtained as part of a fee some time before Judge Pope became a judge. In fact, the deed showing ownership of such property was duly recorded in the deed records of Jim



Wells County. Affiant has never made any representations or performed any act to conceal the fact that he and Judge Pope have been friends for many years and have been co-counsel together in some cases before Judge Pope became a judge.

5. The property owned jointly by affiant and Judge Pope is not involved in the suit of *Amador v. Alamo Concrete*, and plaintiffs are making no claim to such property. To affiant's knowledge, Judge Pope has no financial interest in the outcome of the *Amador v. Alamo Concrete* litigation and to affiant's knowledge, Judge Pope is not biased or prejudiced in favor of anyone in the case, hence affiant did not and could not have done anything to conceal Judge Pope's bias or prejudice which does not exist.

6. Affiant never shared office space with Judge Pope and never paid for any of his utilities.

7. Affiant makes his affidavit in support of his motion for summary judgment filed in this case.

Further, affiant sayeth, not.

Signed this 20th day of January, 2000.

_____
Arnulfo Guerra

20th Subscribed and Sworn to before me, the undersigned Notary Public, on this the ____ day of January, 2000.

_____
Notary Public, State of Texas

My commission expires:

7-14-2001



RUBY ANN RAMIREZ
Notary Public
STATE OF TEXAS
My Comm. Exp. July 14, 2001