UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 5 2000

MICHAEL N. MILBY CLERK

JAVIER ALONZO, ET AL

V.                                                    CIVIL ACTION NO. C-00-006

HON. JOHN A. POPE, ET AL

## MOTION FOR PROTECTION INCLUDING BRIEFING

1. This Motion is brought by Defendant Frank R. Nye, Jr.

2. This Motion is made pursuant to Rule 30(a)(2)(C), Rule 26(c); with reference to Rule 26(d), Federal Rules of Civil Procedure.

3. <u>Certificate of Conference</u>. I certify that efforts have been made to resolve the issues raised by this Motion, through correspondence directed to opposing attorney January 21, 2000. Plaintiffs' attorney telephoned the office of the undersigned on January 24, 2000, and affirmatively represented that the referenced depositions would not be canceled.

4. Plaintiffs' attorney has noticed the deposition of this party to occur on January 25, 2000. Such deposition is scheduled to occur prior to the mandated Rule 26(f) meeting. The scheduling of such deposition under the recited circumstances is contrary to the provisions of Rule 30 (a)(2)(C).

5. No leave of Court has been obtained by Plaintiffs' counsel in order to obtain the desired discovery.

6. This party therefore moves for protective order pursuant to Rule 26(c) and requests that the indicated discovery not be had until other predicating occurrences have transpired; or until such time as the Court deems proper or appropriate for the conduct of such discovery.

14.

7. In support of this Motion, this party would affirmatively represent that the Rule 26(f) meeting has not yet occurred, nor has such been scheduled despite efforts by the Defendants to solicit an agreeable date from the Plaintiffs' attorney.

WHEREFORE, PREMISES CONSIDERED, this Defendant prays that the relief requested in this Motion be granted. Defendant prays for general relief.

Respectfully Submitted,

John Skaggs
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

_____
JOHN SKAGGS
State Bar No. 18452500
Federal I.D. No. 1225
Attorney in Charge for
Randal Frank Nye, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel on this the 24 day of January, 2000:

Mr. Hector P. Gonzalez
3884 E. Hwy 44
P. O. Box 3728
Alice, Texas 78333

Mr. O. C. Hamilton, Jr.
ATLAS & HALL
818 Pecan
McAllen, Texas 78502-3725

Mr. Bryan Gantt
Attorney General's Office
P. O. Box 12548
Austin, Texas 78711-2548

Mr. Roger Reed
P. O. Box 9702
McAllen, Texas 78502

_____
**John Skaggs**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | AFFIDAVIT |
| COUNTY OF STARR | § | |

BEFORE ME, the undersigned Notary Public in and for the State of Texas, on this day personally appeared John Skaggs known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath, stated as follows:

1. My name is John Skaggs. I am over the age of 18 years, have personal knowledge of, and am competent and authorized to make this affidavit.

2. I have read the above and foregoing document and the factual allegations contained therein are true and correct.

_____
John Skaggs

SWORN TO AND SUBSCRIBED before me, the undersigned authority by the said John Skaggs, on this the 24th day of January, 2000, to certify which witness my hand and seal of office.

_____
Notary Public in and for
the State of Texas

My Commission Expires: 6/26/2001

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

JAVIER ALONZO, ET AL

V.                                          CIVIL ACTION NO. C-00-006

HON. JOHN A. POPE, ET AL

ORDER

ON THIS DATE came on for consideration Defendant Frank R. Nye, Jr.'s Motion for Protection Including Briefing. Such Motion is granted.

DONE AT Corpus Christi, Texas this _____ day of _____, 2000.

_____
JUDGE PRESIDING

FORWARD TO:

    Mr. John Skaggs
    SKAGGS & GARZA
    P. O. Drawer 2285
    McAllen, Texas 78502

    Mr. Hector P. Gonzalez
    3884 E. Hwy 44
    P. O. Box 3728
    Alice, Texas 78333

    Mr. O. C. Hamilton, Jr.
    ATLAS & HALL
    818 Pecan
    McAllen, Texas 78502-3725

    Mr. Bryan Gantt
    Attorney General's Office
    P. O. Box 12548
    Austin, Texas 78711-2548

    Mr. Roger Reed
    P. O. Box 9702
    McAllen, Texas 78502

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

JAVIER ALONZO, ET AL

V.                                   CIVIL ACTION NO. C-00-006

HON. JOHN A. POPE, ET AL

### ORDER SETTING HEARING

IT IS ORDERED, that the above and foregoing Defendant's Motion for Protection Including Briefing is set for hearing at _____ o'clock ____.m. on the _____ day of _____, 2000.

SIGNED this _____ day of _____, 2000.

_____
JUDGE PRESIDING

COPIES TO:

Mr. John Skaggs
SKAGGS & GARZA, L.L.P.
P. O. Drawer 2285
McAllen, Texas  78502-2285

Mr. Hector P. Gonzalez
3884 E. Hwy 44
P. O. Box 3728
Alice, Texas 78333

Mr. O. C. Hamilton, Jr.
ATLAS & HALL
818 Pecan
McAllen, Texas 78502-3725

Mr. Bryan Gantt
Attorney General's Office
P. O. Box 12548
Austin, Texas 78711-2548

Mr. Roger Reed
P. O. Box 9702
McAllen, Texas 78502