UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 26 2000

Michael N. Milby, Clerk

| | |
|---|---|
| Javier ALONZO, et al., § | |
|    *plaintiffs*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. C-00-006 |
| Hon. John A. POPE, III, Arnulfo § | |
| GUERRA, Frank R. NYE, Horacio P. § | |
| GUERRA, III, and Elda CASTILLO, § | |
|    *defendants* § | |

### DISCLOSURE OF INTERESTED PARTIES BY DEFENDANT H.P. GUERRA, III

Defendant **H.P. GUERRA, III**, is not aware of any party interested in the outcome of this action, other than the parties named in **"PLAINTIFF'S ORIGINAL PETITION"** and plaintiffs' attorney-of-record herein, Hector P. Gonzalez.

Respectfully submitted,

*Roger Reed*
Roger Reed
State Bar of Texas No. 16687200
U.S. District Court No. 6407

**REED, CARRERA & MCLAIN, L.L.P.**
1 Paseo del Prado, Bldg. 101
Edinburg, TX 78539
----------
P.O. Box 9702
McAllen, TX 78502-9702
Tel.: (956) 631-5444
Fax: (956) 631-9187

**ATTORNEY-IN-CHARGE FOR DEFENDANT H.P. GUERRA, III**

---

*Alonzo v. Pope*, Disclosure of Interested Parties -- p. 1 of 2 pgs.

17.

## CERTIFICATE OF SERVICE

I certify that on January 24, 2000, a copy of the foregoing instrument was sent via postage-prepaid, first-class U.S. mail to:

| | |
|---|---|
| Mr. Hector P. Gonzalez<br>P.O. Box 3728<br>Alice, TX 78333 | **ATTORNEY FOR PLAINTIFFS** |
| Mr. Bryan Gantt<br>**ASSISTANT ATTORNEY GENERAL**<br>P.O. Box 12548<br>Austin, TX 78711-2584 | **ATTORNEY FOR DEFENDANTS**<br>**JOHN A. POPE, III,** and **ELDA CASTILLO** |
| Mr. O. Carl Hamilton, Jr.<br>**ATLAS & HALL, L.L.P.**<br>P.O. Box 3725<br>McAllen, TX 78502-3725 | **ATTORNEY FOR DEFENDANT**<br>**FRANK R. NYE** |
| Mr. John Skaggs<br>**SKAGGS & GARZA, L.L.P.**<br>P.O. Drawer 2285<br>McAllen, TX 78502-2285 | **ATTORNEY FOR DEFENDANT**<br>**ARNULFO GUERRA, JR.** |

_____
**Roger Reed**

---

*Alonzo v. Pope*, Disclosure of Interested Parties -- p. 2 of 2 pgs.