United States District Court
Southern District of Texas
FILED

FEB 0 8 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAVIER ALONZO, ET AL | § | |
| | § | |
| VS. | § | C.A. NO. C-00-006 |
| | § | |
| HON. JOHN A. POPE, ET AL | § | |
| | § | |

## PLAINTIFFS' MOTION FOR WIDTHDRAWAL AND SUBSTITUTION OF ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Javier Alonzo, et al, Plaintiffs in the above-styled and numbered cause, and files this their Motion for Withdrawal and Substitution of Attorney-In-Charge, and pursuant to the same would respectfully show the Court the following:

1. The Plaintiffs' current counsel is Hector P. Gonzalez. Mr. Gonzalez, who originally filed this case in state court for the Plaintiffs, is not licensed to practice in the United States District Court for the Southern District of Texas.

2. The Plaintiffs, therefore, respectfully request that the Court withdraw Hector P. Gonzalez, and substitute William N. Woolsey, as Attorney-In-Charge for the Plaintiffs in this matter. Mr. Gonzalez requests that he be allowed to remain as co-counsel for the Plaintiffs in this matter.

3. This withdrawal and substitution, if allowed by the Court, will not delay the proceedings in this case, nor be the basis for a motion for continuance of the trial of this matter.

## CERTIFICATE OF CONFERENCE

4. Defendants' counsel have been conferred with regarding this motion. Counsel for Defendants Arnulfo Guerra and Frank R. Nye have indicated that they are not opposed to this motion. Counsel for Defendants Pope and Castillo has indicated that he is not opposed to this motion. Counsel for Defendant Horacio Guerra has not responded to Plaintiffs' counsel's inquiry as of the time of the filing of this motion.

WHEREFORE, the above considered, Plaintiffs Javier Alonzo, et al respectfully request that the Court grant this motion, allowing the withdrawal of Hector P. Gonzalez as Plaintiffs' attorney-in-charge, and allowing William N. Woolsey to be substituted as Attorney-In-Charge for Plaintiffs in this matter in the place of Hector P. Gonzalez.

Respectfully submitted,

WOOLSEY & SCHMIDT, L.L.P.
500 N. Shoreline Blvd., Suite 1000
Corpus Christi, Texas 78471
Telephone (361) 884-8183
Telecopier (361) 884-7998

By: _____
William N. Woolsey
Texas Bar No. 21990000
So. Dist. Bar No. 5675

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

Agreed:

_____
Hector P. Gonzalez w/permission of WNW

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing Motion For Withdrawal and Substitution of Attorney-In-Charge was served upon all counsel of record via certified mail return receipt requested on this the  8th  day of February, 2000.

_____
William N. Woolsey

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAVIER ALONZO, ET AL | § | |
| | § | |
| VS. | § | C.A. NO. C-00-006 |
| | § | |
| HON. JOHN A. POPE, ET AL | § | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF ATTORNEY-IN-CHARGE**

CAME ON TO BE CONSIDERED on this date the Plaintiffs' Motion For Withdrawal and Substitution of Attorney-In-Charge regarding the above-styled and numbered cause.

THE COURT, having considered said motion, is of the opinion that it should be GRANTED.

IT IS, THEREFORE, ORDERED that the Plaintiffs' Motion For Withdrawal and Substitution of Attorney-In-Charge is hereby granted. Hector P. Gonzalez is hereby withdrawn as attorney-in-charge for Plaintiffs, and William N. Woolsey is hereby designated as Attorney-In-Charge for Plaintiff in this cause. Hector P. Gonzalez will remain as co-counsel for the Plaintiffs.

SIGNED, ENTERED AND ORDERED on this the _____ day of _____, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE