IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 08 2000

Michael N. Milby, Clerk

| | |
|---|---|
| JAVIER ALONZO, ET AL | § |
| | § |
| VS. | §    C.A. NO. C-00-006 |
| | § |
| HON. JOHN A. POPE, ET AL | § |
| | § |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT POPE AND CASTILLO'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Javier Alonzo, et al, Plaintiffs in the above-styled and numbered cause, and file this their Motion for Leave to File Response to Defendant Pope and Castillo's Motion To Dismiss, and pursuant to the same would respectfully show the Court the following:

1. Defendants John A. Pope and Elda Castillo filed a Motion To Dismiss this case on January 13, 2000.

2. The Plaintiffs, by and through their counsel, have been diligently working on a response to said motion.

3. Plaintiffs' counsel found out today, February 7, 2000, via telephone conversation with the United States District Clerk's office, that the submission date for said Defendants' motion to dismiss was February 2, 2000.

-1-

4. Plaintiffs are filing their response to said motion to dismiss concurrently with the filing of this motion for leave.

5. The delay in the filing of Plaintiffs' response to said motion to dismiss is not due to conscious indifference, but due to an accident or mistake. Good cause exists for the delay in filing said response, and the Plaintiffs therefore request that the Court grant Plaintiffs leave to file said response.

## CERTIFICATE OF CONFERENCE

6. Defendants' counsel has been conferred with regarding this motion. Counsel for Defendants Pope and Castillo has indicated that he is opposed to this motion.

WHEREFORE, the above considered, Plaintiffs Javier Alonzo, et al respectfully request that the Court grant this motion, allowing the Plaintiffs leave to file their response to Defendants Pope and Castillo's motion to dismiss.

Respectfully submitted,

WOOLSEY & SCHMIDT, L.L.P.
500 N. Shoreline Blvd., Suite 1000
Corpus Christi, Texas 78471
Telephone (361) 884-8183
Telecopier (361) 884-7998

By: _____
William N. Woolsey
Texas Bar No. 21990000
So. Dist. Bar No. 5675

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing Motion For Leave to File Response to Motion To Dismiss was served upon all counsel of record via certified mail return receipt requested on this the _8th_ day of February, 2000.

_____
William N. Woolsey

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAVIER ALONZO, ET AL | § | |
| | § | |
| VS. | § | C.A. NO. C-00-006 |
| | § | |
| HON. JOHN A. POPE, ET AL | § | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS POPE AND CASTILLO'S MOTION TO DISMISS

CAME ON TO BE CONSIDERED on this date the Plaintiffs' Motion For Leave To File Response to Defendants Pope and Castillo's Motion To Dismiss regarding the above-styled and numbered cause.

THE COURT, having considered said motion, is of the opinion that it should be GRANTED.

IT IS, THEREFORE, ORDERED that the Plaintiffs' Motion For Leave to File their Response to Defendants Pope and Castillo's Motion To Dismiss is hereby granted, and that Plaintiffs are hereby granted leave to file said response.

SIGNED, ENTERED AND ORDERED on this the _____ day of _____, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE