IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 08 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JAVIER ALONZO, ET AL | § | |
| | § | |
| VS. | § | C.A. NO. C-00-006 |
| | § | |
| HON. JOHN A. POPE, ET AL | § | JURY REQUESTED |

## PLAINTIFFS' REQUEST FOR ORAL HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Javier Alonzo, et al., Plaintiffs in the above-styled and numbered cause, and by and through their counsel file this their Request for an Oral Hearing regarding Defendants John A. Pope, III and Elda Castillo's Motion To Dismiss.

Respectfully submitted,

WOOLSEY & SCMIDT, L.L.P.
500 N. Shoreline Blvd., Suite 1000
Corpus Christi, Texas 78471
Telephone (361) 884-8183
Telecopier (361) 884-7998

By: /s/ William N. Woolsey
William N. Woolsey
Texas State Bar No. 21990000
S.D. Bar No. 5675

ATTORNEY-IN-CHARGE
FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing REQUEST FOR HEARING was sent to all counsel of record indicated below via certified mail return receipt requested on this the 8th day of February, 2000.

_____
William N. Woolsey

Mr. Bryan Gantt
Attorney General's Office of Texas
P.O. Box 12548
Austin, Texas 78711-2548

Mr. O.C. Hamilton, Jr.
ATLAS & HALL
P.O. Box 3725
818 Pecan
McAllen, Texas 78502-3725

Mr. Roger Reed
REED, CARRERA & McLAIN
P.O. Box 9702
McAllen, Texas 78502

Mr. John Skaggs
SKAGGS & GARZA
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285