IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 08 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| JAVIER ALONZO, ET AL § | |
| § | |
| VS. § | C.A. NO. C-00-006 |
| § | |
| HON. JOHN A. POPE, ET AL § | JURY REQUESTED |

## PLAINTIFFS' DISCLOSURE AND CERTIFCATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Javier Alonzo, et al., Plaintiffs in the above-styled and numbered cause, and by and through their counsel file this their Disclosure and Certificate of Interested Persons. The Plaintiffs are not aware of, and cannot specifically disclose, any person, association of persons, firms, partnership, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than those listed as Plaintiffs and Defendants in the pleadings on file in this case.

-1-

Respectfully submitted,

WOOLSEY & SCMIDT, L.L.P.
500 N. Shoreline Blvd., Suite 1000
Corpus Christi, Texas 78471
Telephone (361) 884-8183
Telecopier (361) 884-7998


By: _____
William N. Woolsey
Texas State Bar No. 2199000
S.D. Bar No. 5675

ATTORNEY-IN-CHARGE
 FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing PLAINTIFFS' DISCLOSURE AND CERTIFICATE OF INTERESTED PERSONS was sent to all counsel of record indicated below via certified mail return receipt requested on this the 8th day of February, 2000.

_____
William N. Woolsey

Mr. Bryan Gantt
Attorney General's Office of Texas
P.O. Box 12548
Austin, Texas 78711-2548

Mr. O.C. Hamilton, Jr.
ATLAS & HALL
P.O. Box 3725
818 Pecan
McAllen, Texas 78502-3725

Mr. Roger Reed
REED, CARRERA & McLAIN
P.O. Box 9702
McAllen, Texas 78502

Mr. John Skaggs
SKAGGS & GARZA
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285