IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

JAVIER ALONZO, ET AL.  §
                                                            §
VS.  §  C.A. NO. C-00-006
                                                           §
HON. JOHN A. POPE, ET AL.  §

## ORDER GRANTING PROTECTION

Defendant Arnulfo Guerra has moved for protection from a deposition intended to be taken by the plaintiffs. The motion is granted. No discovery shall be undertaken without agreement until the Discovery/Case Management Plan is approved.

ORDERED this _____11_____ day of _____Feb_____, 2000.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE