UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 1 4 2000
Michael N. Milby
Clerk of Court

JAVIER ALONZO, ET AL

V.                                CIVIL ACTION NO. C-00-006

HON. JOHN A. POPE, ET AL

## ORDER

ON THIS DATE came on for consideration Defendant Frank R. Nye, Jr.'s Motion for Protection Including Briefing. Such Motion is granted. *No discovery shall be undertaken by any party without agreement until discovery plan is approved.*

DONE AT Corpus Christi, Texas this ____ day of ____, 2000.

_____
JUDGE PRESIDING

FORWARD TO:

Mr. John Skaggs
SKAGGS & GARZA
P. O. Drawer 2285
McAllen, Texas 78502

Mr. Hector P. Gonzalez
3884 E. Hwy 44
P. O. Box 3728
Alice, Texas 78333

Mr. O. C. Hamilton, Jr.
ATLAS & HALL
818 Pecan
McAllen, Texas 78502-3725

Mr. Bryan Gantt
Attorney General's Office
P. O. Box 12548
Austin, Texas 78711-2548

Mr. Roger Reed
P. O. Box 9702
McAllen, Texas 78502