United States District Court
Southern District of Texas
FILED

FEB 10 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAVIER ALONZO, ET AL., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. C-00-006 |
| | § | |
| HON. JOHN A. POPE, ARNULFO GUERRA, | § | |
| FRANK R. NYE, HORACIO P. GUERRA, III, | § | |
| AND ELDA CASTILLO | § | |
|     Defendant. | § | |

## DEFENDANTS POPE AND CASTILLO'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE

TO THE HONORABLE JUDGE HAYDEN W. HEAD, JR:

    COME NOW, Defendants Honorable John A. Pope and Elda Castillo, by and through their attorney of record, John Cornyn, the Attorney General of Texas and the undersigned Assistant Attorney General, and file this their Response to Plaintiff's Motion for Leave and would respectfully show the Court:

1. Defendants filed their Motion to Dismiss on January 13, 2000.

2. The Local Rules to this Court provide that opposed motions will be submitted to the judge twenty days from filing without notice from the clerk and without notice from counsel. Local Rule 6(C)(A).

3. The submission date for the Defendant's Motion to Dismiss was February 2, 2000.

4. Plaintiffs filed their Motion for Leave to File Response to Defendants' Motion to Dismiss on February 8, 2000 nearly one week after the submission date.

5. Plaintiffs motion for good cause states "Plaintiffs' counsel found out today, February 7, 2000, via telephone conversation with the United States District Clerk's office, that the submission date for said Defendants' Motion to Dismiss was February 2, 2000." *See* Plaintiff's Motion for Leave.

6. The Local Rules in the Southern District of Texas provide that responses to motions must by filed by the submission day. Local Rule 6(E)(1).

7. In addition, the Local Rules provide that failure to respond by the submission date will be taken as a representation of no opposition. Local Rule 6(E)(1).

8. Plaintiffs have failed to show good cause to grant their motion for leave.

9. Plaintiffs' response is untimely and have failed to show good cause, therefore their response should be stricken from the record. In the alternative, Defendants request that this Court grant them additional time to respond to the arguments presented in Plaintiffs' Response.

WHEREFORE PREMISES CONSIDERED, Defendants request that this Court deny Plaintiffs' Motion for Leave and strike the Plaintiffs' Response in its entirety and grant such other relief as this Court finds necessary.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

LINDA S. EADS
Deputy Attorney General for Litigation

TONI HUNTER
Chief, General Litigation Division

_____
BRYAN GANTT
Southern District of Texas Bar No. 23810
Texas Bar No. 24007219
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR THE HONORABLE JOHN A. POPE AND ELDA CASTILLO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent via certified mail, return receipt requested this the 9th day of February, 2000, to:

| | |
|---|---|
| Hector P. Gonzalez<br>3884 E. Hwy 44<br>P.O. Box 3728<br>Alice, Texas   78333 | Mr. John Skaggs<br>Skaggs and Garza<br>710 Laurel Ave.<br>P.O. Drawer 2285<br>McAllen, Texas   78502 |
| Mr. Carl Hamilton<br>Atlas & Hall<br>P.O. Drawer 3725<br>McAllen, Texas   78502 | Mr. Roger Reed<br>Reed, Carrera & McLain<br>P.O. Box 9702<br>McAllen, Texas   78502-9702 |

_____
BRYAN GANTT
Assistant Attorney General



IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAVIER ALONZO, ET AL., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. C-00-006 |
| | § | |
| HON. JOHN A. POPE, ARNULFO GUERRA, | § | |
| FRANK R. NYE, HORACIO P. GUERRA, III, | § | |
| AND ELDA CASTILLO | § | |
|     Defendant. | § | |

## ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE

Came on this day for consideration, Plaintiffs' Motion for Leave to File a Response to Defendant Pope and Castillo's Motion to Dismiss and the Court having read the documents and the pleadings on file is of the opinion that Plaintiffs' motion has no merit and should be denied.

It is therefore ORDERED that Plaintiffs' Motion for Leave to File a Response to Defendant Pope and Castillo's Motion to Dismiss is hereby DENIED.

SIGNED this the _____ day of February, 2000.

                                                        HAYDEN W. HEAD, JR.
                                                      UNITED STATES DISTRICT JUDGE