SOUTHERN DISTRICT OF TEXAS          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

FEB 1 6 2000

MICHAEL N. MILBY CLERK

Javier Alonzo, et. al.                §
                                      §
versus                                §   CIVIL ACTION NO. CA-C-00-006
                                      §
Hon. John A. Pope, et. al.            §

## CLERK'S NOTICE OF DEFICIENT PLEADING

The Clerk has filed <u>Plaintiffs' Motion for Withdrawal and Substitution of Attorney-in-Charge</u>; however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. ____ Document is not signed. (L.R.2.A.) (Signature is not an original one)

2. _X__ Document is not signed by, or by permission of, attorney in charge (L.R.2C.)

3. ____ Document does not furnish required attorney information.
   (L.R. 2.C.1. (a) through (f).

4. ____ No certificate of service or explanation why service is not required. (L.R.3.G.)

5. ____ Motion does not comply with L.R.6.

   a. ____ No certificate of consultation (L.R. 6.A.4.)

   b. ____ No certificate of service of motion. (L.R.6.C.)

6. ____ Other: _____

The presiding judicial officer in this matter has requested that deficient pleadings be forwarded to chambers for a strike order if the deficiency is not corrected within FIVE days. You need only re-file the correction specified, but your correction must include the caption and cause number (see L.R. 3.E.) as well as a certificate of service to all opposing counsel.

Date: 02-16-00                        _____
                                      UNITED STATES DEPUTY CLERK

sdtx-DC-CC-1.1
02/07/2000