United States District Court
Southern District of Texas
FILED

MAR 1 3 2000

MICHAEL N. MILBY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

JAVIER ALONZO, ET AL

V.                                                    CIVIL ACTION NO. C-00-006

HON. JOHN A. POPE, ET AL

NOTICE OF SUBMISSION

To:  Hector Gonzalez
     P. O. Box 3728
     Alice, Texas 78333

Please take notice that the Motion to Dismiss by Defendant Frank R. Nye, Including Memorandum of Authorities in the above-styled and numbered cause will be brought on for submission before the Court in accordance with Rule 6 of the Local Rules for the Southern District of Texas.

Respectfully Submitted,

John Skaggs
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

_____
JOHN SKAGGS
State Bar No. 18452500
Federal I.D. No. 1225
Attorney in Charge for
Randal Frank Nye, Jr.

35.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel on this the 10 day of March, 2000:

Mr. Hector P. Gonzalez
3884 E. Hwy 44
P. O. Box 3728
Alice, Texas 78333

Mr. O. C. Hamilton, Jr.
ATLAS & HALL
818 Pecan
McAllen, Texas 78502-3725

Mr. Bryan Gantt
Attorney General's Office
P. O. Box 12548
Austin, Texas 78711-2548

Mr. Roger Reed
P. O. Box 9702
McAllen, Texas 78502

Mr. William N. Woolsey
WOOLSEY & SCHMIDT
500 North Shoreline Blvd., Suite 1000
Corpus Christi, Texas 78471-0002

_____
John Skaggs