CV/~~CR~~ ACTION NO.: C 00-6

ALONZO, ET AL _____ )   COUNSEL: HECTOR P. GONZALEZ
_____ )                          BILL WOOLSEY

VS.

POPE, ET AL _____ )   COUNSEL: B. GANTT, CARL HAMILTON,
_____ )             JOHN SKAGGS, ROGER REED

======================================== United States District Court ========
                                          Southern District of Texas
                                                FILED

JUDGE PRESIDING:   HAYDEN W. HEAD, JR.      MAR 16 2000

COURTROOM CLERK: Judith F. Alvarez  COURT RECORDER: MICHAEL N. MILBY, CLERK Genay Rogan
LAW CLERK: MARK FASSOLD        INTERPRETER: _____
~~U.S. MARSHAL~~/CSO: BETTY AMERSON   U. S. P. O.: _____
DATE: 3-16-00   OPEN: 1:30 pm   ADJOURN: 2:00 pm
TAPE: 3/725 - 1588

================================================================

Case called for SCHEDULING CONFERENCE. Appearances
made. The Court grants Pltff's Motion for
Withdrawal + Substitution of Atty in Charge (DE# 33)+
(DE # 13). The Court grants DE# 20-1 ~~+ 33-1~~, Pltff's
Motion for leave to file Response to "Motion to
Dismiss". Arguments are heard on Motion to
Dismiss. The underlying cases are discussed.
Pltff Atty Woolsey thinks the case should be
dismissed. The Court dismisses the case.
Adjourned.

37.