IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 17 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JAVIER ALONZO, ET AL § | |
| § | |
| VS. § | C.A. NO. C-00-006 |
| § | |
| HON. JOHN A. POPE, ET AL § | |

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS POPE AND CASTILLO'S MOTION TO DISMISS

CAME ON TO BE CONSIDERED on this date the Plaintiffs' Motion For Leave To File Response to Defendants Pope and Castillo's Motion To Dismiss regarding the above-styled and numbered cause.

THE COURT, having considered said motion, is of the opinion that it should be GRANTED.

IT IS, THEREFORE, ORDERED that the Plaintiffs' Motion For Leave to File their Response to Defendants Pope and Castillo's Motion To Dismiss is hereby granted, and that Plaintiffs are hereby granted leave to file said response.

SIGNED, ENTERED AND ORDERED on this the 16 day of March, 2000.

H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE