United States District Court
Southern District of Texas
ENTERED

MAR 17 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAVIER ALONZO, ET AL | § | |
| | § | |
| VS. | § | C.A. NO. C-00-006 |
| | § | |
| HON. JOHN A. POPE, ET AL | § | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEY-IN-CHARGE

CAME ON TO BE CONSIDERED on this date the Plaintiffs' Motion For Withdrawal and Substitution of Attorney-In-Charge regarding the above-styled and numbered cause.

THE COURT, having considered said motion, is of the opinion that it should be GRANTED.

IT IS, THEREFORE, ORDERED that the Plaintiffs' Motion For Withdrawal and Substitution of Attorney-In-Charge is hereby granted. Hector P. Gonzalez is hereby withdrawn as attorney-in-charge for Plaintiffs, and William N. Woolsey is hereby designated as Attorney-In-Charge for Plaintiff in this cause. Hector P. Gonzalez will remain as co-counsel for the Plaintiffs.

SIGNED, ENTERED AND ORDERED on this the _16_ day of _March_, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE