IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 17 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JAVIER ALONZO, ET AL § | 40. |
| § | |
| VS. § | C.A. NO. C-00-006 |
| § | |
| HON. JOHN A. POPE, ET AL § | |

### ORDER GRANTING PLAINTIFFS' MOTION FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEY-IN-CHARGE

CAME ON TO BE CONSIDERED on this date the Plaintiffs' Motion For Withdrawal and Substitution of Attorney-In-Charge regarding the above-styled and numbered cause.

THE COURT, having considered said motion, is of the opinion that it should be GRANTED.

IT IS, THEREFORE, ORDERED that the Plaintiffs' Motion For Withdrawal and Substitution of Attorney-In-Charge is hereby granted. Hector P. Gonzalez is hereby withdrawn as attorney-in-charge for Plaintiffs, and William N. Woolsey is hereby designated as Attorney-In-Charge for Plaintiff in this cause. Hector P. Gonzalez will remain as co-counsel for the Plaintiffs.

SIGNED, ENTERED AND ORDERED on this the 16 day of March, 2000.

H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE