IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAVIER ALONZO, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. C-00-006 |
| HON. JOHN A. POPE, III, et al., | § § § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS

This case presenting a federal question was properly removed pursuant to 28 U.S.C. 1331, 1441, from the 229th Judicial District Court, Duval County, Texas. The Court has reviewed the pleadings and heard argument on March 16, 2000. The Court finds the exercise of its jurisdiction would be an intrusion into an ongoing state judicial proceeding and abstains from exercising its jurisdiction. *See Eitel v. Holland,* 798 F.2d 815 (5th Cir. 1986). This case is dismissed under that same authority.

ORDERED this 16 day of March, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE