IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAVIER ALONZO, et al., | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. C-00-006 |
| HON. JOHN A. POPE, III, et al., | § | |
| Defendants. | § | |

# FINAL JUDGMENT

Plaintiffs' case is DISMISSED WITHOUT PREJUDICE.

ORDERED this 16 day of March, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE